FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 15 2006

JAMES W. McCORMACK, CLERK
By: _____
              DEP CLERK

Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                    Crim. No. 4:93CR00180-03 SWW

JOHNNY LEE HAYES

On August 3, 1994, the above-named defendant was sentenced for the offense of conspiracy to distribute methamphetamine to a prison term of 120 months, with a 5-year term of supervised release to follow. In addition, the following special conditions were ordered: Substance abuse treatment; mandatory drug testing; and a $50 special penalty assessment.

Upon release from prison Mr. Hayes began supervision in the Central District of California on July 18, 2001. Substance abuse treatment was successfully completed on August 1, 2002. Mr. Hayes has maintained employment and a stable residence for 54 months. He has not had any violations and has been compliant with all conditions imposed. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Hayes meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U. S. C. 3583 (e)(1); additionally, he has completed 4 years and 6 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

_____
Gregg Jumper
Special Offender Specialist

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 15th day of March, 2006.

*[signature]*
Honorable Susan Webber Wright
U.S. District Judge